UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THOR HALVORSSEN,

                Plaintiff,

                  JUDGMENT
                  18-cv-2683 (ENV) (RLM)

      v.

GLENN R. SIMPSON, PETER FRITSCH,
FRANCISCO D'AGOSTINO-CASADO,
LEOPOLDO A. BETANCOURT-LOPEZ,
PEDRO JOSE TREBBAU-LOPEZ, and
FRANCISCO CONVIT-GURUCEAGA,

                Defendants.
-------------------------------------------------------------- X

        A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 26, 2019, granting the motions to dismiss; and dismissing the complaint with prejudice; it is

        ORDERED and ADJUDGED that the motions to dismiss are granted in its entirety; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, NY                                 Douglas C. Palmer
       August 27, 2019                            Clerk of Court

                                          By:    */s/Jalitza Poveda*
                                                 Deputy Clerk

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 28 2019 ★
BROOKLYN OFFICE